*United States District Court*
*Southern District of Texas*
**ENTERED**
AUG 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED
AUG 25 1998
Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

UNITED STATES OF AMERICA :
VS. : CR NO. B-96-0007
RAFAEL LEDEZMA-CARRAZCO :

## ORDER

On this the 25th day of August, 1998, came to be heard petitioner's *Motion To Dismiss Petitioner's 2255 Motion To Vacate Sentence* and it appears to the court that this motion should be GRANTED ~~DENIED~~.

SIGNED this 25th day of August, 1998.

_____
JUDGE PRESIDING